405 A.2d 542

Commonwealth v. Kline, Appellant.

Petition for Allowance of Appeal Denied Oct. 1, 1979.

Submitted September 15, 1978. William R. Bernhart, for appellant; J. Michael Morrissey, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.